authority to accept seervice thereof or appear for the defendant if legally dead, nor does it give this court jurisdiction to hear the appeal. All concur. Appeal dismissed, without costs.

PATHFINDER CONSTRUCTION COMPANY, INC., Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Courts — Court of Claims — claim for damages — when allowed in part and disallowed — findings — judgment.*

Appeal from a judgment of the Court of Claims, entered in the office of the clerk of said court on February 28, 1920.

PER CURIAM: We are of the opinion that the Court of Claims properly disallowed the claim for damages resulting from delay, but we think the evidence does not justify a finding that the claimant waived its claim and that the claimant's proposed finding No. 37 should have been found and this court hereby finds the same and, inasmuch as the Court of Claims has found the value of the material furnished for the falsework to be $432.13, judgment should be directed for that amount with interest and costs. Finding of fact contained in the decision and numbered 22 is hereby disapproved and reversed. All concur, except Hubbs, J., who votes for allowing the claim for false work and is also of the opinion that the claim for damages resulting from delay should have been allowed. Judgment reversed and judgment directed for the claimant for $432.13, with interest thereon from August 16, 1917, with costs of this appeal and costs in the Court of Claims to the claimant.

MARY E. KAPPESSER, Appellant, v. THOMAS HOGAN, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the plaintiff made out a *prima facie* case. The evidence tends to show that the coping was insecure and dangerous and does not establish as a matter of law that the defendant owner had leased the premises and was out of possession and control thereof as defendant contends. All concur.

ESTHER SHEEHAN, Respondent, v. STEVE OLSZOWY and Others, Defendants, Impleaded with JOSEPH BOROWIAK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

MARTIN J. McGAHAN and Another, as Administrators, etc., of EVELYN McGAHAN, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

PICKREL WALNUT COMPANY, Respondent, v. BAILEY TABLE COMPANY, Appellant.— Judgment affirmed, with costs. All concur; Lambert, J., not sitting.

NELLIE A. HALL, as Sole Administratrix, etc., of A. MANDON HALL, Deceased, Respondent, v. WILLIAM G. McADOO, as Director-General of Railroads, Appellant.— Judgment and order affirmed, with costs. All concur; Clark, J., not sitting.

MARGARET A. BOOKSER, Appellant, v. RUDOLPH J. BOOKSER, Respondent. — Order affirmed, without costs. All concur.